UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Laura Castro,<br><br>    Plaintiff,<br><br>v.<br><br>Commissioner of Social Security<br><br>    Defendant. | Civil Action No: 2:19-cv-00298-KJN<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED between the undersigned attorneys that Plaintiff is granted an extension of thirty days, through Thursday, February 20, 2020, to file the Motion for Summary Judgment.

IT IS HEREBY NOTED that this is plaintiff's first extension requested.

Dated: 01/21/2020          / s / Joseph Fraulob
                                              Joseph Fraulob
                                              Attorney for Plaintiff

Dated: 01/21/2020          / s / Carolyn Chang
                                              Carolyn Chang
                                              Special Assistant U.S. Attorney
                                              Attorney for Defendant

IT IS ORDERED.

Dated: January 23, 2020

                                              KENDALL J. NEWMAN
                                              UNITED STATES MAGISTRATE JUDGE

16/298.stipext