UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Laura Castro,

    Plaintiff,

v.

Commissioner of Social Security

    Defendant.

Civil Action No: 2:19-cv-00298-KJN

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT**

IT IS HEREBY STIPULATED between the undersigned attorneys that Plaintiff is granted an extension of thirty days, through Monday, March 23, 2020, to file the Motion for Summary Judgment.

IT IS HEREBY NOTED that this is plaintiff's second extension requested.

Dated: 02/20/2020

/ s / Joseph Fraulob
Joseph Fraulob
Attorney for Plaintiff

Dated: 02/20/2020

/ s / Carolyn Chen
Carolyn Chen
Special Assistant U.S. Attorney
Attorney for Defendant

IT IS ORDERED.

Dated: February 25, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

298.castro