MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CAROLYN B. CHEN, CSBN 256628
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8956
    Facsimile: (415) 744-0134
    E-Mail: Carolyn.Chen@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| LAURA ELIZABETH CASTRO,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:19-cv-00298-KJN<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME OF 7 DAYS FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S OPENING BRIEF |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time of 7 additional days to respond to Plaintiff's opening brief. The current due date is April 22, 2020. The new due date will be April 29, 2020.

    This is Defendant's first request for an extension of time for briefing and the third request in this case overall. There is good cause for this request and not intended to delay. Since the filing of Plaintiff's opening motion for summary judgment, Defendant's counsel has diligently worked on various district court cases and other substantive non-court matters, some of which required more time to complete than anticipated. Furthermore, Defendant's counsel has a few conflicting

deadlines with the due date in this case, at least one of which was not anticipated until recently and cannot be extended, and counsel needs additional time to complete briefing of Defendant's response to Plaintiff's opening brief.

Thus, Defendant is respectfully requesting additional time up to and including April 29, 2020, to respond to Plaintiff's opening motion for summary judgment. Defendant acknowledges that the schedule has previously been extended and apologizes for the further delay and any inconvenience caused by the delay.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Date: April 22, 2020                LAW OFFICES OF HADLEY & FRAULOB

*s/ Joseph C. Fraulob by C.Chen**
(As authorized by email on 4/22/2020)
JOSEPH C. FRAULOB
Attorneys for Plaintiff

Date: April 22, 2020                MCGREGOR W. SCOTT
United States Attorney

By *s/ Carolyn B. Chen*
CAROLYN B. CHEN
Special Assistant U. S. Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

Dated:  April 23, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

298.castro